IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

HOME CARE ASSOCIATION OF
AMERICA, et al.,

                Plaintiffs-Appellees,

v.

DAVID WEIL, in his official capacity
as Administrator, Wage and Hour Division
of the U.S. Department of Labor, et al.,

                Defendants-Appellants.

No. 15-5018

**STATEMENT OF ISSUES**

Whether the companionship-services regulation, 29 C.F.R. § 552.6, and third-party employment regulation, 29 C.F.R. § 552.109, are permissible exercises of the rulemaking authority that Congress delegated to the Department of Labor in the Fair Labor Standards Act.