IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HOME CARE ASSOCIATION OF AMERICA, et al.,<br><br>               Plaintiffs-Appellees,<br><br>  v.<br><br>DAVID WEIL, in his official capacity as Administrator, Wage and Hour Division of the U.S. Department of Labor, et al.,<br><br>               Defendants-Appellants. | No. 15-5018 |

**STATEMENT REGARDING DEFERRED APPENDIX**

The government does not intend to use a deferred appendix.