# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-5018**           **September Term, 2014**

1:14-cv-00967-RJL

**Filed On:** January 27, 2015

Home Care Association Of America, et al.,

    Appellees

    v.

David Weil, sued in his official capacity,
Administrator, Wage & Hour Division, et al.,

    Appellants

    **BEFORE:**    Rogers, Tatel, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion for expedited briefing and argument, the response thereto, and the reply, it is

**ORDERED** that the following briefing schedule apply in this case:

| | |
|---|---|
| Appellants' Brief | February 20, 2015 |
| Joint Appendix | February 20, 2015 |
| Appellees' Brief | March 23, 2015 |
| Appellants' Reply Brief | April 2, 2015 |

The Clerk is directed to schedule oral argument on an appropriate date following the completion of briefing. The parties will be notified separately of the oral argument date and composition of the merits panel.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-5018**                                             **September Term, 2014**

     Parties are directed to hand deliver the paper copies of their briefs to the Clerk's office on the date due. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. <u>See</u> D.C. Cir. Rule 28(a)(8).

**<u>Per Curiam</u>**

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

         BY:    /s/
                     Robert J. Cavello
                     Deputy Clerk