[SCHEDULED FOR ORAL ARGUMENT ON MAY 7, 2015]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

HOME CARE ASSOCIATION OF           No. 15-5018
AMERICA, et al.,
     Plaintiffs-Appellees,

     v.

DAVID WEIL, in his official capacity
as Administrator, Wage and Hour Division
of the U.S. Department of Labor, et al.,
     Defendants-Appellants
_____

**RESPONSE TO MOTION OF ADAPT AND THE NATIONAL COUNCIL ON INDEPENDENT LIVING TO PARTICIPATE AS AMICUS CURIAE**

ADAPT and the National Council on Independent Living (NCIL) have moved for leave to file an amicus brief in support of the plaintiffs-appellees. Their motion states that "Counsel for Appellants have not consented to the filing of any amicus briefs." Mot. 3. To our knowledge, however, ADAPT and NCIL did not request our consent. We do not oppose their amicus participation (and indeed gave consent to other groups that contacted us with requests for consent).

Respectfully submitted,

						MICHAEL S. RAAB
						(202) 514-4053

						/s Alisa B. Klein
						_____
						ALISA B. KLEIN
						(202) 514-1597
						alisa.klein@usdoj.gov
						Attorneys, Appellate Staff
						Civil Division
						U.S. Department of Justice
						950 Pennsylvania Ave., N.W., Room 7235
						Washington, D.C. 20530

April 6, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 6, 2015, I filed and served the foregoing response on counsel of record through this Court's CM/ECF system.

/s/ Alisa B. Klein
_____
Alisa B. Klein