# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-5018                                    September Term, 2015

1:14-cv-00967-RJL

**Filed On:** September 18, 2015

Home Care Association Of America, et al.,

       Appellees

    v.

David Weil, sued in his official capacity,
Administrator, Wage & Hour Division, et al.,

       Appellants

**BEFORE:**   Griffith, Srinivasan, and Pillard, Circuit Judges

## O R D E R

Upon consideration of appellees' motion for stay of the mandate pending the filing of a petition for writ of certiorari, the opposition thereto, and the reply; and appellants' motion for expedited issuance of the mandate, the opposition thereto, and the reply, it is

**ORDERED** that the motions be denied.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk